# Exhibit 1

## Excerpts from NIST Handbook 44







OFFICE OF
**WEIGHTS AND MEASURES**

# Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices

as adopted by the 107th National Conference on Weights and Measures

NIST Handbook **44**

2023

This publication is available free of charge from:
https://doi.org/10.6028/NIST.HB.44-2023-upd1

**NIST Handbook**
**NIST HB 44-2023-upd1**

# Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices

*as adopted by the*
*107th National Conference on Weights and Measures*

Tina G. Butcher
Richard A. Harshman
Jan Konijnenburg
G. Diane Lee
Juana S. Williams
Lisa Warfield
Elizabeth J. Benham
Shelby L. Bowers
Katrice A. Lippa

This publication is available free of charge from:
https://doi.org/10.6028/NIST.HB.44-2023-upd1

NIST Handbook 44

2023 Edition

Supersedes NIST Handbook 44, 2022 Edition

OFFICE OF
WEIGHTS AND MEASURES

**NIST Handbook**
**NIST HB 44-2023-upd1**

# Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices

*as adopted by the*
*107th National Conference on Weights and Measures*

Tina G. Butcher
Richard A. Harshman
Jan Konijnenburg
G. Diane Lee
Juana S. Williams
Lisa Warfield
Elizabeth J. Benham
Shelby L. Bowers
Katrice A. Lippa
*Physical Measurement Laboratory*
*Office of Weights and Measures*

This publication is available free of charge from:
https://doi.org/10.6028/NIST.HB.44-2023.upd1

November 2022
INCLUDES UPDATES AS OF 07-28-2023; SEE APPENDIX E



U.S. Department of Commerce
*Gina M. Raimondo, Secretary*

National Institute of Standards and Technology
*Laurie E. Locascio, NIST Director and Under Secretary of Commerce for Standards and Technology*

Certain commercial entities, equipment, or materials may be identified in this document in order to describe an experimental procedure or concept adequately. Such identification is not intended to imply recommendation or endorsement by the National Institute of Standards and Technology, nor is it intended to imply that the entities, materials, or equipment are necessarily the best available for the purpose.

This handbook conforms to the concept of primary use of SI (metric) measurements recommended in the Omnibus Trade and Competitiveness Act of 1988 by citing SI units before U.S. customary units where both units appear together and placing separate sections containing requirements in SI units before corresponding sections containing requirements in U.S. customary units. In some cases, however, trade practice is currently restricted to the use of U.S. customary units; therefore, some requirements in this handbook will continue to specify only U.S. customary units until a broad consensus is achieved on the permitted SI units.

In accord with NIST policy, the "meter" and "liter" spellings are used in this document. However, the "metre" and "litre" spellings are acceptable.

It should be noted that a space has been inserted instead of commas in all numerical values having four digits or more in this document. This follows a growing practice, originating in tabular work, to use spaces to separate large numbers into groups of three digits. This avoids conflict with the practice in many countries to use the comma as a decimal marker.

**NIST Technical Series Policies**
Copyright, Fair Use, and Licensing Statements, NIST Technical Series Publication Identifier Syntax

**Publication History**
Approved by the NIST Editorial Review Board on 2022-11-18
Supersedes NIST Handbook 44-2023 (November 2022) https://doi.org/10.6028/NIST.HB.44-2023

**How to Cite this NIST Technical Series Publication**
Butcher T, Harshman R, Konijnenburg J, Lee GD, Williams J, Warfield L, Benham E, Bowers S, and Lippa K (2022) Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices. (National Institute of Standards and Technology, Gaithersburg, MD), NIST Handbook (HB)
NIST HB 44-2023-upd1. https://doi.org/10.6028/NIST.HB.44-2023-upd1

**NIST Author ORCID iDs**
T Butcher: 0000-0003-2711-9442
R Harshman: 0000-0001-9171-5906
J Konijnenburg: 0000-0003-2592-873X
GD Lee: 0000-0002-8005-0758
J Williams: 0000-0003-4807-9005
L Warfield: 0000-0003-0576-8572
E Benham: 0000-0002-2751-7881
S Bowers: 0000-0002-1902-362X
K Lippa: 0000-0001-8651-8326

**Contact Information**
owm@nist.gov
NIST Office of Weights and Measures
Attention: Publications Coordinator
100 Bureau Drive, MS 2600 Gaithersburg, MD 20899

# Table of Contents

**Page**

Abstract ..............................................................................................................................................................i
Foreword...........................................................................................................................................................ii
Author Contributions.......................................................................................................................................iii
Acknowledgments............................................................................................................................................iv
2022 Amendments and Editorial Changes.....................................................................................................viii
Introduction  .....................................................................................................................................................1

Section 1.
    1.10.     General Code..................................................................................................................1-1

Section 2.
    2.20.     Scales ............................................................................................................................2-1
    2.21.     Belt-Conveyor Scale Systems .....................................................................................2-63
    2.22.     Automatic Bulk Weighing Systems ............................................................................2-81
    2.23.     Weights ........................................................................................................................2-91
    2.24.     Automatic Weighing Systems......................................................................................2-99
    2.25.     Weigh-In-Motion Systems Used for Vehicle Enforcement Screening – Tentative Code  ...............2-117

Section 3.
    3.30.     Liquid-Measuring Devices ..........................................................................................3-1
    3.31.     Vehicle-Tank Meters ...................................................................................................3-29
    3.32.     Liquefied Petroleum Gas and Anhydrous Ammonia Liquid-Measuring Devices ...........................3-45
    3.33.     Hydrocarbon Gas Vapor-Measuring Devices  ...........................................................3-63
    3.34.     Cryogenic Liquid-Measuring Devices  ......................................................................3-75
    3.35.     Milk Meters .................................................................................................................3-87
    3.36.     Water Meters ...............................................................................................................3-97
    3.37.     Mass Flow Meters  ......................................................................................................3-107
    3.38.     Carbon Dioxide Liquid-Measuring Devices  .............................................................3-123
    3.39.     Hydrogen Gas-Measuring Devices .............................................................................3-139
    3.40.     Electric Vehicle Fueling Systems................................................................................3-151

Section 4.
    4.40.     Vehicle Tanks Used as Measures .................................................................................4-1
    4.41.     Liquid Measures ..........................................................................................................4-9
    4.42.     Farm Milk Tanks .........................................................................................................4-13
    4.43.     Measure-Containers .....................................................................................................4-21
    4.44.     Graduates  ....................................................................................................................4-27
    4.45.     Dry Measures  ..............................................................................................................4-33
    4.46.     Berry Baskets and Boxes .............................................................................................4-39

Section 5.
    5.50.     Fabric-Measuring Devices  ..........................................................................................5-1
    5.51.     Wire- and Cordage-Measuring Devices ......................................................................5-9
    5.52.     Linear Measures ..........................................................................................................5-15
    5.53.     Odometers ...................................................................................................................5-19
    5.54.     Taximeters ...................................................................................................................5-25
    5.55.     Timing Devices  ..........................................................................................................5-39
    5.56.(a) Grain Moisture Meters  ..............................................................................................5-47
    5.56.(b) Grain Moisture Meters  ..............................................................................................5-61
    5.57.     Near-Infrared Grain Analyzers ...................................................................................5-71
    5.58.     Multiple Dimension Measuring Devices .....................................................................5-83

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

Case 2:23-cv-00030     Document 46-1     Filed 09/27/23     Page 6 of 13 PageID #: 213

## Table of Contents (continued)

**Page**

5.59.    Electronic Livestock, Meat, and Poultry Evaluation Systems and/or Devices ...................................5-97
5.60.    Transportation Network Measurement Systems – Tentative Code ..................................................5-101

Appendices
    A.    Fundamental Considerations Associated with the Enforcement of Handbook 44 Codes....................A-1
    B.    Units and Systems of Measurement - Their Origin, Development, and Present Status ......................B-1
    C.    General Tables of Units of Measurement.........................................................................................C-1
    D.    Definitions.......................................................................................................................................D-1

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

Case 2:23-cv-00030    Document 46-1    Filed 09/27/23    Page 7 of 13 PageID #: 214

# Introduction

## A. Source

The specifications, tolerances and other technical requirements in this handbook comprise all of those adopted by the National Conference on Weights and Measures, Inc. (NCWM). Contact NCWM at:

| | | |
|---|---|---|
| 1135 M Street, Suite 100 | Phone: (402) 434-4880 | E-mail: **info@ncwm.com** |
| Lincoln, NE 68508 | Fax:    (402) 434-4878 | URL: **www.ncwm.com** |

The NCWM is supported by the National Institute of Standards and Technology (NIST), which provides its Executive Secretary and publishes some of its documents. NIST also develops technical publications for use by weights and measures agencies; these publications may subsequently be endorsed or adopted by NCWM or its members.

All of the specifications, tolerances, and other technical requirements given herein are recommended by NCWM for official promulgation in and use by the states in exercising their control of commercial weighing and measuring apparatus. A similar recommendation is made with respect to the local jurisdictions within a state in the absence of the promulgation of specifications, tolerances, and other technical requirements at the state level.

(Amended 2015)

## B. Purpose

The purpose of these technical requirements is to eliminate from use, weights and measures and weighing and measuring devices that give readings that are false, that are of such construction that they are faulty (that is, that are not reasonably permanent in their adjustment or will not repeat their indications correctly), or that facilitate the perpetration of fraud, without prejudice to apparatus that conforms as closely as practicable to the official standards.

## C. Amendments

Proposed amendments to NIST Handbook 44 are deliberated and developed by NCWM's Committee on Specifications and Tolerances before presentation to the general membership for a vote. In some instances, amendments that significantly affect other NIST Handbooks may be processed jointly by two or more committees.

Amendments to the handbooks are made in accordance with NCWM procedures and policies. The process begins at the regional weights and measures association meetings in the fall of each year and is culminated at the NCWM Annual Meeting in July. After passing through one or more of the regional associations the proposed amendment is placed on the agenda of the appropriate NCWM committee for consideration at NCWM's Interim Meeting in January and after final deliberation and development by the committee the amendment may be presented to the membership for a vote at the annual NCWM meeting in July. NCWM policy provides for exceptions to the process to accommodate urgent or priority items. NIST staff provides technical assistance and advice throughout the process.

The policy is available on the NCWM website at **www.ncwm.com**. For information on the regional weights and measures associations, visit **www.ncwm.com/meetings**.

(Amended 2015)

## D. System of Paragraph Designation

In order that technical requirements of a similar nature, or those directed to a single characteristic, may be grouped together in an orderly fashion, and to facilitate the location of individual requirements, the paragraphs of each code are divided into sections. Each section is designated by a letter and a name, and each subsection is given a letter-number designation and a side title.

The letter that appears first in a paragraph designation has a specific meaning, as follows:

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

1

*either the measurement range of the device or the range of the computing elements, whichever is less.*
*[Nonretroactive as of January 1, 1991]*

(b)  The analog sales price indicated for any delivered quantity shall not differ from a mathematically computed price (quantity × unit price = total sales price) by an amount greater than the value in Table 1.  Money-Value Divisions and Maximum Allowable Variations for Money-Value Computations on Mechanical Analog Computers.

(Amended 1984, 1989, and 1993)

**S.1.6.5.1.     Money-Value Divisions, Analog.** – The values of the graduated intervals representing money values on a computing type device shall be no greater than those in Table 1. Money-Value Divisions and Maximum Allowable Variations for Money-Value Computations on Mechanical Analog Computers.

(Amended 1991)

<table>
<tr><td colspan="5"><b>Table 1.<br>Money-Value Divisions and<br>Maximum Allowable Variations for Money-Value<br>Computations on Mechanical Analog Computers</b></td></tr>
<tr><td colspan="2"><b>Unit Price</b></td><td rowspan="2"><b>Money-Value Division</b></td><td colspan="2"><b>Maximum Allowable Variation</b></td></tr>
<tr><td><b>From</b></td><td><b>To and Including</b></td><td><b>Design Test</b></td><td><b>Field Test</b></td></tr>
<tr><td>0</td><td>$0.25/liter or $1.00/gallon</td><td>1¢</td><td>± 1¢</td><td>± 1¢</td></tr>
<tr><td>$0.25/liter or $1.00/gallon</td><td>$0.75/liter or $3.00/gallon</td><td>1¢ or 2¢</td><td>± 1¢</td><td>± 2¢</td></tr>
<tr><td rowspan="2">$0.75/liter or $3.00/gallon</td><td rowspan="2">$2.50/liter or $10.00/gallon</td><td>1¢ or 2¢</td><td>± 1¢</td><td>± 2¢</td></tr>
<tr><td>5¢</td><td>± 2½¢</td><td>± 5¢</td></tr>
</table>

**S.1.6.5.2.     Money-Value Divisions, Digital.** – A computing type device with digital indications shall comply with the requirements of paragraph G.S.5.5. Money-Values, Mathematical Agreement, and the total price computation shall be based on quantities not exceeding 0.05 L for devices indicating in metric units and 0.01 gal intervals for devices indicating in U.S. customary units.

(Added 1980)

**S.1.6.5.3.     *Auxiliary Elements.*** – *If a system is equipped with auxiliary indications, all indicated money-value divisions of the auxiliary element shall be identical with those of the primary element.*
*[Nonretroactive as of January 1, 1985]*

**S.1.6.5.4.     Selection of Unit Price.** – A system shall not permit a change to the unit price during delivery of product.  When a product or grade is offered for sale at more than one unit price through a computing device, the following conditions shall be met:

(a)  *Except for a system only capable of applying a post-delivery discount(s), the selection of the unit price shall be made prior to delivery through a deliberate action of the customer to select the unit price for the fuel delivery.*
*[Nonretroactive as of January 1, 1991]*

Case 2:23-cv-00030     Document 46-1     Filed 09/27/23     Page 9 of 13 PageID #: 216

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

(b) For a system only capable of applying a post-delivery discount(s), the selection of the unit price shall be made through a deliberate action of the customer to select the unit price for the fuel delivery.

(Added 2012)

**Note:** When a product is offered at more than one unit price, selection of the unit price may be through the deliberate action of the customer:  1) using controls on the device; 2) through the customer's use of personal or vehicle-mounted electronic equipment communicating with the system; or 3) verbal instructions by the customer.

(Added 2012)

The provisions in (a) and (b) do not apply to dispensers used exclusively for fleet sales, other price contract sales, and truck refueling (e.g., truck stop dispensers used only to refuel trucks).

(Added 1989) (Amended 1991, 1992, 1993, 1996, and 2012)

**S.1.6.5.5.** *Display of Quantity and Total Price.* – *Except for aviation refueling applications, when a delivery is completed, the total price and quantity for that transaction shall be displayed on the face of the dispenser for at least five minutes or until the next transaction is initiated by using controls on the device or other customer-activated controls.*
*[Nonretroactive as of January 1, 1994]*

(Added 1992) (Amended 1996 and 2007)

**S.1.6.5.6.** *Display of Quantity and Total Price, Aviation Refueling Applications.*

(a) *The quantity shall be displayed throughout the transaction.*

(b) *The total price shall also be displayed under one of the following conditions:*

(1) The total price can appear on the face of the dispenser or through a controller adjacent to the device.

(2) If a device is designed to continuously compute and display the total price, then the total price shall be computed and displayed throughout the transaction for the quantity delivered.

(c) *The total price and quantity shall be displayed for at least five minutes or until the next transaction is initiated by using controls on the device or other customer-activated controls.*

(d) *A printed receipt shall be available and shall include, at a minimum, the total price, quantity, and unit price.*
*[Nonretroactive as of January 1, 2008]*

(Added 2007)

**S.1.6.6.    Agreement Between Indications.**

(a)  When a quantity value indicated or recorded by an auxiliary element is a derived or computed value based on data received from a retail motor fuel dispenser, the value may differ from the quantity value displayed on the dispenser, provided the following conditions are met:

(1)  all total money-values for an individual sale that are indicated or recorded by the system agree; and

(2)  *within each element, the values indicated or recorded meet the formula (quantity × unit price = total sales price) to the closest cent.*
*[Nonretroactive as of January 1, 1988]*

Case 2:23-cv-00030    Document 46-1    Filed 09/27/23    Page 10 of 13 PageID #: 217

(a)   in the liquid chamber of the meter; or

(b)   immediately adjacent to the meter in the meter inlet or discharge line.

(Amended 1987)

**S.2.8.    Exhaustion of Supply, Lubricant Devices Other than Meter Types.** – When the level of the supply of lubricant becomes so low as to compromise the accuracy of measurement, the device shall:

(a)   automatically become inoperable; or

(b)   give a conspicuous and distinct warning.

**S.3.    Discharge Lines and Valves.**

**S.3.1.    Diversion of Measured Liquid.** – No means shall be provided by which any measured liquid can be diverted from the measuring chamber of the meter or its discharge line.  Two or more delivery outlets may be installed only if automatic means are provided to ensure that:

(a)   liquid can flow from only one outlet at a time; and

(b)   the direction of flow for which the mechanism may be set at any time is clearly and conspicuously indicated.

An outlet that may be opened for purging or draining the measuring system or for recirculating, if recirculation is required in order to maintain the product in a deliverable state, shall be permitted only when the system is measuring food products, agri-chemicals, biodiesel, or biodiesel blends.  Effective automatic means shall be provided to prevent passage of liquid through any such outlet during normal operation of the measuring system and to inhibit meter indications (or advancement of indications) and recorded representations while the outlet is in operation.

(Amended 1991, 1995, 1996, and 2007)

**S.3.2.    Exceptions.** – The provisions of S.3.1. Diversion of Measured Liquid shall not apply to truck refueling devices when diversion of flow to other than the receiving vehicle cannot readily be accomplished and is readily apparent.  Allowable deterrents include, but are not limited to, physical barriers to adjacent driveways, visible valves, or lighting systems that indicate which outlets are in operation, and explanatory signs.

(Amended 1982, 1990, 1991, and 2002)

**S.3.3.    Pump-Discharge Unit.** – A pump-discharge unit equipped with a flexible discharge hose shall be of the wet-hose type.

**S.3.4.    Gravity-Discharge Unit.** – On a gravity-discharge unit:

(a)   the discharge hose or equivalent pipe shall be of the dry-hose type with no shutoff valve at its outlet end unless the hose or pipe drains to the same level under all conditions of use;

(b)   the dry-hose shall be sufficiently stiff and only as long as necessary to facilitate drainage;

(c)   an automatic vacuum breaker, or equivalent mechanism, shall be incorporated to prevent siphoning and to ensure rapid and complete drainage; and

(d)   the inlet end of the hose or outlet pipe shall be high enough to ensure complete drainage.

**S.3.5.    Discharge Hose, Reinforcement.** – A discharge hose shall be reinforced so that the performance of the device is not affected by the expansion or contraction of the hose.

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

**S.3.6.    Discharge Valve.** – A discharge valve may be installed in the discharge line only if the device is of the wet-hose type.  Any other shutoff valve on the discharge side of the meter shall be of the automatic or semiautomatic predetermined-stop type or shall be operable only:

(a)  by means of a tool (but not a pin) entirely separate from the device; or

(b)  by mutilation of a security seal with which the valve is sealed open.

**S.3.7.    Anti-drain Means.** – In a wet-hose pressure-type device, means shall be incorporated to prevent the drainage of the discharge hose.
(Amended 1990)

**S.4.    Marking Requirements.**

**S.4.1.    Limitation on Use.** – The limitations on its use shall be clearly and permanently marked on any device intended to measure accurately only:

(a)  products having particular properties;

(b)  under specific installation or operating conditions; or

(c)  when used in conjunction with specific accessory equipment.

**S.4.2.    Air Pressure.** – If a device is operated by air pressure, the air pressure gauge shall show by special graduations or other means the maximum and minimum working pressures recommended by the manufacturer.

**S.4.3.    Wholesale Devices.**

**S.4.3.1.    Discharge Rates.** – A wholesale device shall be marked to show its designed maximum and minimum discharge rates.  However, the minimum discharge rate shall not exceed 20 % of the maximum discharge rate.

**S.4.3.2.    Temperature Compensation.** – If a device is equipped with an automatic temperature compensation, the primary indicating elements, recording elements, and recorded representation shall be clearly and conspicuously marked to show that the volume delivered has been adjusted to the volume at 15 °C (60 °F).

**S.4.4.    Retail Devices.**

**S.4.4.1.    Discharge Rates.** – *On a retail device with a designed maximum discharge rate of 115 L (30 gal) per minute or greater, the maximum and minimum discharge rates shall be marked in accordance with S.4.4.2. Location of Marking Information; Retail Dispensers.  The marked minimum discharge rate shall not exceed 20 % of the marked maximum discharge rate.*
*[Nonretroactive as of January 1, 1985]*
(Added 1984) (Amended 2003 and 2019)

Example:  With a marked maximum discharge rate of 230 L/min (60 gpm), the marked minimum discharge rate shall be 45 L/min (12 gpm) or less (e.g., 40 L/min [10 gpm] is acceptable).  A marked minimum discharge rate greater than 45 L/min (12 gpm) (e.g., 60 L/min [15 gpm]) is not acceptable.

**S.4.4.2.    Location of Marking Information for Retail Dispensers.** – *The marking information required in the General Code, paragraph G-S.1. Identification shall appear as follows:*

(a)  *within 60 cm (24 in) to 150 cm (60 in) from the base of the dispenser (for a system in a dispenser);*

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

Case 2:23-cv-00030    Document 46-1    Filed 09/27/23    Page 12 of 13 PageID #: 219

**wet hose.** – A discharge hose intended to be full of product at all times.  (Also see "wet-hose type.") [3.30, 3.31, 3.38, 3.39]
(Amended 2002 and 2019)

**wet-hose type.** – A type of device designed to be operated with the discharge hose full of product at all times.  (Also see "wet hose.") [3.30, 3.32, 3.34, 3.37, 3.38, 3.39]
(Amended 2002 and 2019)

**wheel-load weighers.** – Compact, self-contained, portable weighing elements specially adapted to determining the wheel loads or axle loads of vehicles on highways for the enforcement of highway weight laws only. [2.20]

**wholesale device.** – Any device other than a retail device.  (Also see "retail device.") [3.30, 3.32]

**wing pulley.** – A pulley made of widely spaced metal bars in order to set up a vibration to shake loose material off the underside (return side) of the belt. [2.21]

## Z

**zero-load balance.** – A correct weight indication or representation of zero when there is no load on the load-receiving element.   (Also see "zero-load balance for an automatic-indicating scale," "zero-load balance for a nonautomatic-indicating scale," "zero-load balance for a recording scale.") [2.20]

**zero-load balance, automatic-indicating scale.** – A condition in which the indicator is at rest at, or oscillates through approximately equal arcs on either side of, the zero graduation. [2.20]

**zero-load balance, nonautomatic-indicating scale.** – A condition in which (a) the weighbeam is at rest at, or oscillates through approximately equal arcs above and below, the center of a trig loop; (b) the weighbeam or lever system is at rest at, or oscillates through approximately equal arcs above and below, a horizontal position or a position midway between limiting stops; or (c) the indicator of a balance indicator is at rest at, or oscillates through approximately equal arcs on either side of, the zero graduation. [2.20]

**zero-load balance for a recording scale.** – A condition in which the scale will record a representation of zero load. [2.20]

**zero-load reference (belt-conveyor scales).** – A zero-load reference value represents no load on a moving conveyor belt.  This value can be either; a number representing the electronic load cell output, a percentage of full scale capacity, or other reference value that accurately represents the no load condition of a moving conveyor belt.  The no load reference value can only be updated after the completion of a zero load test.[2.21]
(Added 2002)

**zero-setting mechanism.** – Means provided to attain a zero balance indication with no load on the load-receiving element.  The types of zero-setting mechanisms are:  [2.20, 2.22, 2.24]

    **automatic zero-setting mechanism (AZSM).** – Automatic means provided to set the zero-balance indication without the intervention of an operator. [2.22]
    (Added 2010)

    **automatic zero-tracking (AZT) mechanism.** – See "automatic zero-tracking (AZT) mechanism." (NOTE: AZT maintains zero with specified limits.  "Zero-setting sets/establishes zero with limits based on scale capacity.) [2.20, 2.22, 2.24]

    **initial zero-setting mechanism.** – Automatic means provided to set the indication to zero at the time the instrument is switched on and before it is ready for use. [2.20]
    (Added 1990)

This publication is available free of charge from: https://doi.org/10.6028/NIST.HB.44-2023

Case 2:23-cv-00030     Document 46-1     Filed 09/27/23     Page 13 of 13 PageID #: 220