# Exhibit 2

Chart listing state laws
adopting Handbook 44

| State | Statutes and Regulations |
|---|---|
| AL | **Ala. Admin. Code r. 80-13-1-.05**<br><br>Under the provisions of Code of Ala. 1975, §8-16-17, the National Institute Of Standards And Technology No. 44 and No. 130 all amendments and supplements thereto are adopted as the official standards for Alabama. Any portion of said Handbooks No. 44 and No. 130 the supplements and amendments thereto in conflict with Alabama statutes or regulations shall be disregarded and not made a part of this regulation. |
| AR | **A.C.A. § 4-18-328**<br><br>The Arkansas Bureau of Standards may by regulation adopted pursuant to the Arkansas Administrative Procedure Act, § 25-15-201 et seq., adopt as a regulation of the bureau specifications, tolerances, and regulations for commercial weighing and measuring devices set out in the National Institute of Standards and Technology Handbooks 44 and 130, or in any similar publication issued by the National Institute of Standards and Technology.<br><br>**A.C.A. § 4-18-344(d)(1)**<br><br>After the approval of a decal by the Arkansas Bureau of Standards, a registered service agent shall place an approved decal conspicuously on the bulk meter or liquefied petroleum gas metering device, pump, or scale which indicates that it is suitable for trade in accordance with the National Institute of Standards and Technology Handbooks 44 and 112, as adopted by the bureau<br><br>**Ark. Admin. Code 209.02.31**<br><br>The Arkansas State Plant Board (State Plant Board) hereby adopts the NIST Handbook 44, as amended from time to time by the National Conference on Weights and Measures (NCWM), as the uniform standards regarding the regulation of specifications, tolerances, and other technical requirements for weighing and measuring devices to be enforced by the Arkansas Bureau of Standards. |

1

| State | Statutes and Regulations |
|---|---|
| AZ | **Ariz. Rev. Stat. § 3-3413**<br><br>The specifications, tolerances and other technical requirements for commercial devices as adopted by the national conference on weights and measures and published in national institute of standards and technology handbook 44, "specifications, tolerances, and other technical requirements for commercial weighing and measuring devices" shall apply to commercial weighing and measuring devices in the state. The edition of the national institute of standards and technology handbook 44 shall be determined by rule, pursuant to section 3-3414, subsection A, paragraph 4.<br><br>**Ariz. Admin. Code § R17-5-1002**<br>R17-5-1002. Incorporation by Reference<br>The Department incorporates by reference the U. S. Department of Commerce, National Institute of Standards and Technology (NIST) Handbook 44, Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices, Section 5.54. Taximeters, revised as of 2016, and no later amendments or editions. The incorporated material is available at www.nist.gov/pml/pubs/hb44.cfm. The incorporated material is on file with the Department at 206 S. 17th Ave., Phoenix, AZ. |
| CA | **Cal. Bus. & Prof. Code § 12107**<br><br>The secretary shall establish tolerances and specifications and other technical requirements for commercial weighing and measuring. In doing so, the secretary shall adopt, by reference, the latest standards as recommended by the National Conference on Weights and Measures and published in the National Institute of Standards and Technology Handbook 44 "Specifications, Tolerances, and other Technical Requirements for Weighing and Measuring Devices," except as specifically modified, amended, or rejected by regulation adopted by the secretary.<br><br>The secretary may, by regulation, establish tolerances and specifications for commercial weighing and measuring devices not included in Handbook 44.<br><br>Any regulation shall be adopted, amended, or repealed in conformity with Chapter 3.5 (commencing with Section 11340) of Part 1 of Division 3 of Title 2 of the Government Code.<br>It shall be unlawful for any person to violate any of the rules, regulations, tolerances, specifications, or standards established under this section.<br><br>**Cal. Code Regs. tit. 4, § 4000**<br><br>Commercial weighing and measuring devices shall, except where noted below, conform to the latest requirements set forth in the National Institute of Standards and Technology Handbook 44 "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices", which is herein incorporated by reference, and to the Additional Requirements listed herein. Copies of Handbook |

2

| State | Statutes and Regulations |
|---|---|
| | 44 may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. |
| CO | **C.R.S.A. § 35-14-105(1)**<br><br>The specifications, tolerances, and other technical requirements, including user requirements, for commercial, law enforcement, data gathering, and other weighing and measuring devices adopted by the national conference on weights and measures and published in the national institute of standards and technology handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Commercial Weighing and Measuring Devices", and supplements or revisions to that handbook, apply to weighing and measuring devices in this state, except as modified or rejected or as otherwise specified by this article or any rule promulgated pursuant to this article.<br><br>**C.R.S.A. § 8-20-225**<br><br>(1) No person, or agent or employee of any person, shall use any meter or mechanical device for the measurement of oil, gasoline, or liquid fuels unless the same has been proved in a manner acceptable to the director of the division of oil and public safety and sealed as correct by the director or one of the director's deputies. The director and the director's deputies are further authorized, if any such meter or mechanical device fails to comply with any of the provisions of this part 2, to seal the meter or mechanical device in a manner that prohibits its use until such meter or mechanical device complies with all of the provisions of this part 2, at which time the seal shall be removed by the director or the director's deputies.<br><br>(2) The specifications, tolerances, and other technical requirements published in the NIST handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Commercial Weighing and Measuring Devices", NIST handbook 130, "Uniform Laws and Regulations in the area of legal metrology and engine fuel quality", and supplements thereto or revisions thereof, shall apply to the provisions of this article, except as modified or rejected by this article or any rule promulgated pursuant to this article.)<br><br>**7 CCR 1101-14:1.5-2(f)**<br><br>All [retail motor fuel dispensers] shall comply with the minimum standards as prescribed by the applicable sections of NFPA 30A, NIST Handbook 44, and NIST Handbook 130, except as modified or rejected by this regulation or by the Director. |
| CT | **Conn. Gen. Stat. § 43-42**<br><br>The Commissioner of Weights and Measures is authorized after a public hearing held to establish and promulgate such rules, regulations, specifications and tolerances to supplement and give full effect to the provisions of sections 43-36 to 43-44, inclusive, as he deems necessary. The commissioner may issue as regulations those specifications, |

3

| State | Statutes and Regulations |
|---|---|
|  | tolerances and regulations for commercial weighing and measuring devices adopted by the National Conference on Weights and Measures set forth in the National Institute of Standards and Technology Handbook 44, as amended, of the United States Department of Commerce and incorporate them by reference. Such rules, regulations, specifications and tolerances shall have the force and effect of law. In addition to any provisions adopted by the National Conference on Weights and Measures, the commissioner shall not require any person to acquire a weighing or measuring device or instrument that exceeds the weighing or measuring needs of the business in which such device or instrument is employed. |
| DE | **Del. Code Ann. tit. 6, § 5107**<br><br>…The specifications, tolerances and other technical requirements for commercial weighing and measuring devices, together with amendments thereto, as recommended by the National Bureau of Standards and published in the National Bureau of Standards Handbook 44 and supplements thereto, or in any publication revising or superseding Handbook 44, shall be the specifications, tolerances and other technical requirements for commercial weighing and measuring devices of the State, except insofar as specifically modified, amended or rejected by a regulation issued by the Secretary. For the purposes of this chapter, apparatus shall be deemed to be "correct," when it conforms to the requirements of the National Type Evaluation Program of the National Institute of Standards and Technology. A certificate of conformance must be issued prior to the use of such weight(s) and measure(s) or weighing and measuring device for commercial or law-enforcement purposes, except insofar as specifically modified, amended, or rejected by a regulation issued by the Secretary of Agriculture. Pending the issuance of a certificate of conformance, the Department may permit such weight(s) and measure(s) or weighing and measuring device to be used provided it meets the specifications and tolerances for that particular weight and measure or weighing device as set forth in the National Institute of Standards and Technology Handbook 44. |
| FL | **F.S.A. § 531.40**<br><br>The department, notwithstanding the provisions of chapter 120, shall have the power to adopt by reference in a regulation or regulations adopted by it the specifications, tolerances, and technical requirements approved by the National Conference on Weights and Measures and published in Handbook 44 of the National Institute of Standards and Technology. The department may, from time to time, adopt such regulations as may be necessary to conform the state standards to those of the National Institute of Standards and Technology, which may be adopted by reference to supplements to, or revisions of, the National Institute of Standards and Technology, Handbook 44.<br><br>**Fla. Admin. Code r. 5J-21.007**<br><br>The general code and the codes of liquid-measuring devices, liquefied petroleum gas and anhydrous ammonia liquid-measuring devices, hydrocarbon gas vapor-measuring |

4

| State | Statutes and Regulations |
|---|---|
| | devices, vehicle-tank meters, and vehicle tanks used as measures relating to specifications, tolerances, and other technical requirements for commercial weighing and measuring devices, contained in National Institute of Standards and Technology Handbook 44, are adopted and incorporated by reference in Rule 5J-22.002, F.A.C.<br><br>**Fla. Admin. Code r. 5J-22.002**<br><br>The National Institute of Standards and Technology (NIST) Handbook 44, Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices, 2023 Edition, is hereby adopted and incorporated by reference as the requirements for commercial weighing and measuring devices. |
| GA | **Ga. Code Ann., § 10-2-4**<br><br>The specifications, tolerances, and other technical requirements for commercial weighing and measuring devices as adopted by the National Conference on Weights and Measures and published in the National Institute of Standards and Technology Handbook 44, entitled "Specifications, Tolerances, and Other Technical Requirements for Commercial Weighing and Measuring Devices," and supplements thereto or revisions thereof, shall apply to commercial weighing and measuring devices in the State of Georgia, except insofar as modified or rejected by rules and regulations.<br><br>**Ga Comp. R. & Regs. 40-15-2-.03**<br><br>Persons selling or servicing weighing and measuring devices shall conform to these minimum requirements of regulation: (a) The specifications, tolerances, and regulations for commercial weighing and measuring devices, together with the amendments thereto, as recommended by the National Conference on Weights and Measures and published in the National Bureau of Standards HANDBOOK 44, as supplemented, shall be the specifications, tolerances and regulations for commercial weighing and measuring devices in the State of Georgia; provided, however, that no provision of the referenced handbook shall take precedence over the laws of the State of Georgia, or any regulation promulgated thereunder. |
| ID | **Idaho Admin. Code r. 02.02.14.004**<br><br>01. Required Reference Materials. The 2020 edition of Handbook No. 44 of the National Institute of Standards and Technology, United States Department of Commerce, "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices," hereby incorporated by reference, is the specifications, tolerances and other technical requirements for commercial weighing and measuring devices, unless otherwise stated in these rules. (3-15-22) |

5

| State | Statutes and Regulations |
|---|---|
| IL | **225 ILCS 470/30**<br><br>Each type of weight and measure or weighing and measuring device manufactured, offered, or exposed for sale or sold or given away for the use in trade or commerce, or used in trade and commerce in this State, shall conform with the requirements and specifications in the National Institute of Standards and Technology Handbook 44, 105-1, 105-2, 105-3, 105-4, or 105-8 and any of their revisions or supplements. Such weights and measures or weighing and measuring devices used for commercial or law enforcement purposes must have a Certificate of Conformance, unless such devices were certified by the Department or the city sealer on or before July 1, 2012. This Section applies to all such devices, including repaired devices and devices removed from service and installed at a different location in this State. Pending the issuance of a Certificate of Conformance, the Department may permit such weight and measure or weighing and measuring device to be used, provided it meets the specifications and tolerances for that particular weight and measure or weighing and measuring device as set forth in the National Institute of Standards and Technology Handbook 44, 105-1, 105-2, 105-3, 105-4, or 105-8.<br><br>**225 ILCS 470/8**<br><br>Specifications, tolerances, and regulations for commercial weighing and measuring devices recommended by the National Institute of Standards and Technology and published in National Institute of Standards and Technology Handbook 44 and supplements thereto or in any publication revising or superseding Handbook 44, shall be the specifications, tolerances, and regulations for commercial weighing and measuring devices of this State, except insofar as specifically modified, amended, or rejected by a regulation issued by the Director. |
| IN | **IC 24-6-3-16**<br><br>A standard adopted under this section must be the same as or at least as effective as the standards adopted by the National Conference on Weights and Measures, including amendments to those standards in effect on June 30, 1993, and found in:<br>(1) Handbook 44: Specification, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices<br><br>**410 IAC 12-1-1.1**<br><br>Sec. 1.1. **Handbook 44**: Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices, 2014 edition, adopted by the National Conference on Weights and Measures, and published by the National Institute of Standards and Technology, excluding paragraph S.5. of Section 3.30, is hereby incorporated by reference as requirements of the Indiana department of health for weighing and measuring devices. However, paragraph UR 2.2 of Section 3.31 shall apply only: |

| State | Statutes and Regulations |
|---|---|
|  | (1) to those vehicle tanks used for:<br>    (A) the measurement and delivery of petroleum products;<br>    (B) liquid agricultural chemicals; or<br>    (C) bulk delivery of water and equipped with a ticket printer; and<br>(2) to all new vehicle tanks used for the measurement and delivery of:<br>    (A) petroleum products;<br>    (B) liquid agricultural chemicals; or<br>    (C) for bulk delivery of water. |
| IA | **I.C.A. § 215.18**<br><br>The specifications, tolerances, and other technical requirements for commercial, law enforcement, data gathering, and other weighing and measuring devices, as adopted by the national conference on weights and measures and published in the national institute of standards and technology, handbook 44, "Specifications, tolerances, and other technical requirements for weighing and measuring devices", shall apply to weighing and measuring devices in this state, except insofar as modified or rejected by rule and shall be observed in all inspections and tests.<br><br>**Iowa Admin. Code 21-85.39(189,215)**<br><br>The specifications, tolerances and regulations for commercial weighing and measuring devices, together with amendments thereto, as recommended by the National Institute of Standards and Technology and published in National Institute of Standards and Technology Handbook 44 amended or revised as of January 1, 2020, shall be the specifications, tolerances and regulations for commercial weighing and measuring devices in the state of Iowa, except as modified by state statutes, or by rules adopted and published by the Iowa department of agriculture and land stewardship and not rescinded. |
| KS | **K.S.A. 83-202(2)(A)**<br><br>The following standards and requirements shall apply to commercial weighing and measuring devices: "The standards of the national conference on weights and measures" published in the national institute of standards and technology handbook 44 entitled specifications, tolerances, and other technical requirements for weighing and measuring devices as published on October, 1994 or later versions as established in rules and regulations adopted by the secretary, except a mechanical vehicle scale used solely to sell aggregate products shall be allowed a minimum tolerance of +/- 100 pounds. Such scale shall not be sold or moved to another location for use in commercial applications unless it complies with all applicable tolerances of the national institute of standards and technology handbook 44 entitled specifications, tolerances, and other technical requirements for weighing and measuring devices as published in October, 1994 or later versions as established in rules and regulations adopted by the secretary |

7

| State | Statutes and Regulations |
|-------|--------------------------|
|  | **K.A.R. 99-25-1**<br><br>(a) The document titled "specifications, tolerances, and other technical requirements for weighing and measuring devices, as adopted by the 96th national conference on weights and measures 2011," published by the national institute of standards and technology (NIST), Gaithersburg, MD, as the 2012 edition of NIST handbook 44, is hereby adopted by reference, with the following exceptions:<br>      (1) Section 3.31.UR.2.2;<br>      (2) sections 5.56.(a) and 5.56.(b);<br>      (3) in appendix A, sections 1 and 6; and<br>      (4) in appendix B, sections 1 and 2.<br>(b) The adopted portions of NIST handbook 44 shall apply to commercial, data-gathering, and weighing and measuring devices in the state. |
| KY | **302 Ky. Admin. Regs. 81:010**<br><br>Section 1. Definitions.<br>(1) "Active Certificate of Conformance" means a document issued based on testing by a participating laboratory, which the certificate owner maintains in active status under the National Type Evaluation Program. The document constitutes evidence of conformance of a type with the requirements of this document and the NIST Handbooks 44, 105-1, 105-2, or 105-3….<br>(3) "Device" means any weighing and measuring device….<br><br>Section 3. Prohibited Acts and Exemptions.<br>(1) Except for a device exempted by this section, a person shall not sell a device unless it is traceable to an active Certificate of Conformance.<br>(2) Except for a device exempted by this section, a person shall not use a device unless it is traceable to an active Certificate of Conformance. |
| LA | **La. Admin Code. tit. 7, Pt XXXV, § 129**<br><br>For the purposes of registration of weighing and measuring devices, the criteria shall be compliance with the applicable requirements of NIST Handbook 44 "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices." This publication is published annually by the United States Department of Commerce, National Institute of Standards and Technology. |
| MA | **Mass. Ann. Laws ch. 98, § 29**<br><br>When any weighing or measuring device has been so approved or disapproved by him, he shall notify all sealers of weights and measures, who shall thereafter act in accordance with such approval or disapproval when devices of that type are submitted to them for test. All weighing and measuring devices used or intended to be used commercially shall meet all the applicable requirements contained in the most recent publication of National |

8

| State | Statutes and Regulations |
|---|---|
| | Institute of Standards and Technology Handbook 44 as adopted by the National Conference on Weights and Measures. |
| MD | **Md. Code Ann., Agric. § 11-203**<br>(c)<br>(1) Except as provided in paragraph (2) of this subsection, the specifications, tolerances, and other technical requirements for commercial weighing and measuring devices, specified in § 11-204 of this subtitle, shall be those adopted by the National Conference on Weights and Measures and included in the National Institute of Standards and Technology Handbook 44, as amended. These specifications, tolerances, and other technical requirements shall remain in effect unless modified or rescinded by a regulation adopted by the Secretary.<br>(2) Nothing in the specifications, tolerances, and other technical requirements for commercial weighing and measuring devices adopted by the National Conference on Weights and Measures and included in the National Institute of Standards and Technology Handbook 44 prevents a person from using a commercial vehicle scale to measure minimum loads of less than 1,000 pounds on the vehicle.<br><br>**Md. Code Regs. 03.03.01.06**<br>H. All vehicles used to make metered sales of motor fuel shall utilize a meter calibrated to meet the accuracy requirements set forth in the current edition of the National Institute of Standards and Technology Handbook 44, as specified by Agriculture Article, § 11-203(c), Annotated Code of Maryland. |
| MI | **M.C.L.A. 290.628c**<br><br>(3) A certificate of conformance for a type must comply with the requirements of NCWM publication 14, "national type evaluation program technical policy, checklists and test procedures", and the 2023 edition of the NIST handbook 44, "specifications, tolerances, and other technical requirements for weighing and measuring devices", which is incorporated by reference.<br>(4) The determination for a uniform basis conformance for a type must comply with NCWM publication 14, "national type evaluation program technical policy, checklists and test procedures", and the 2023 edition of the NIST handbook 44, "specifications, tolerances, and other technical requirements for weighing and measuring devices", which is incorporated by reference.<br>(5) The specifications, tolerances, and regulations for commercial weights and measures must be in compliance with the standards contained in the 2023 edition of the NIST handbook 44, which is incorporated by reference.<br>(6) Registration for servicepersons and service agencies and competency tests must be in compliance with the standards contained in the 2023 edition of the NIST handbook 130, "uniform regulation for the voluntary registration of servicepersons and service agencies for commercial weighing and measuring devices", which is incorporated by reference, and the 2023 edition of the NIST handbook 44, which is incorporated by reference. |

9

| State | Statutes and Regulations |
|---|---|
| MN | **Minnesota Rules, part 7601.1000**<br><br>Subpart 1. NIST Handbook 44 (2019). Weighing and measuring equipment manufactured, offered, or exposed for sale or sold or given away for use in trade or commerce in Minnesota must conform to the requirements and specifications of NIST Handbook 44. NIST Handbook 44 (2019), "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices," as adopted by the 103rd National Conference on Weights and Measures and published by the United States Department of Commerce, National Institute of Standards and Technology, is incorporated by reference subject to the following exceptions:<br><br>    A. If NIST Handbook 44 (2019) contains any provisions contrary to the laws of Minnesota, or contrary to any rule, except part 7601.1000, of the Minnesota Department of Commerce, Minnesota law and department rules govern and supersede contrary provisions of NIST Handbook 44.<br>    B. The sentence of NIST Handbook 44 (2019), section 2.20 Scales, specification S.1.8.4., stating that "Unit price displays visible to the customer shall be in terms of single whole units of weight and not in common or decimal fractions of the unit" is deleted.<br>    C. The specification S.1.2.2.2., section 2.20 Scales, does not apply.<br>    D. The director shall not enforce specifications and user requirements in NIST Handbook 44 (2019) that would require owners of motor fuel dispensers to install equipment capable of allowing the customer to select the unit price. These requirements are contained in section 3.30 Liquid-Measuring Devices, specification S.1.6.4.1., specification S.1.6.5., specification S.1.6.5.4., and user requirement UR.3.3.<br>    E. The specification S.2.4., and user requirements UR.2.2 and UR.2.6.1, in section 3.31 Vehicle-Tank Meters of NIST Handbook 44 (2019) do not apply.<br><br>**Minnesota Rules, part 7601.1010**<br><br>Subpart 1. **Compliance.** A person who owns or operates weighing or measuring equipment for commercial purposes in Minnesota must use weighing and measuring equipment that meets all applicable requirements in NIST Handbook 44 as adopted under part 7601.1000. Only the director, or a department employee delegated by the director, shall determine the applicability of, and compliance with, the requirements of NIST Handbook 44. |
| MS | **Miss. Code Ann. § 75-27-19**<br><br>The specifications, tolerances and regulations for commercial weighing and measuring devices, together with amendments thereto, as recommended by the National Institute of Standards and Technology and published in Handbook 44 and supplements thereto, or in any publication revising or superseding Handbook 44, shall be the specifications, tolerances, and regulations for commercial weighing and measuring devices of the State |

10

| State | Statutes and Regulations |
|---|---|
| | of Mississippi, except insofar as specifically modified, amended or rejected by a regulation issued by the director.<br><br>**2 Miss. Admin. Code Pt. 1, Subpt. 4, Ch. 09**<br><br>115.03 Minimum Equipment. Applicants for a license under this regulation must have available sufficient standards and equipment to adequately test devices as set forth in the Notes section of each applicable code in the current NIST Handbook 44, Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices. This equipment will meet the specifications of NIST 105-series standards. This subsection shall not bar the use of additional field standards and/or equipment, as approved by the Commissioner for uniform evaluation of device performance (see subsection 115.04, Examination and Calibration or Certification of Standards and Testing).<br><br>Adoption of NIST Handbook 44<br>116.01 The Department adopts current Handbook 44 as published by the National Institute of Standards and Technology as the specifications, tolerances and other technical requirements for weighing and measuring devices in Mississippi, except where modified, amended, or rejected herein. |
| MO | **RSMo. § 413.055**<br><br>The specification, tolerances, and other technical requirements for commercial weighing and measuring devices as adopted by the National Conference on Weights and Measures and published in the most recent edition of National Institute of Standards and Technology Handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Commercial Weighing and Measuring Devices", and supplement thereto or revision thereof, shall apply to commercial weighing and measuring devices in this state, except insofar as modified or rejected by state regulations.<br><br>**RSMo. § 413.175**<br><br>No person shall sell or install for commercial use within the state of Missouri any weighing or measuring device that does not meet all of the specifications, tolerances, and technical requirements of a commercial device as established by the most recent edition of National Institute of Standards and Technology Handbook 44. Any device sold, not meeting these requirements, shall be identified by the seller or manufacturer as a not-legal-for-trade device by labeling the device as such or by a statement on an accompanying invoice declaring that the device is not suitable for commercial use.<br>**2 Mo. Code of State Regulations 90-30.080**<br><br>(1) Each location dispensing products regulated by Chapter 414, RSMo shall have a measuring device for each product dispensed which shall be utilized for the sale of products regulated by Chapter 414, RSMo. All transactions involving the sale of |

11

| State | Statutes and Regulations |
|---|---|
| | petroleum products regulated by Chapter 414, RSMo shall be based on the gallons stated by the measuring device.<br>(2) All measuring devices shall be installed in locations easily accessible for testing, inspection, and maintenance purposes.<br>(3) The director shall order any device installed in a manner not accessible for testing, inspection, and maintenance to be corrected, discontinued from use or removed.<br>(4) Each measuring device used in the sale of petroleum products regulated by Chapter 414, RSMo shall meet the requirements contained in the current edition of *NIST Handbook 44,* National Fire Protection Association (NFPA) Manual No. 30A, 1996 Edition which is incorporated herein by reference, and be installed and maintained as recommended by the device manufacturer. |
| MT | **Mont. Code Ann. § 30-12-202**<br><br>(3) The specifications, tolerances, and other technical requirements for commercial weighing and measuring devices, together with amendments to the specifications, as recommended by the national institute of standards and technology and published in national institute of standards and technology Handbook 44 and supplements to that handbook or in any publication revising or superseding Handbook 44, are the specifications, tolerances, and other technical requirements for commercial weighing and measuring devices of this state, except as specifically modified, amended, or rejected by a rule issued by the department.<br>(4) An apparatus is considered to be "correct" when it conforms to all applicable requirements adopted as specified in this section. Other apparatus are considered to be "incorrect". |
| NE | **Neb.Rev.St. § 89-186**<br><br>(1) The Legislature hereby adopts by reference the following:<br><br>(a) The standards of the National Conference on Weights and Measures published in National Institute of Standards and Technology Handbook 44 entitled Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices as it existed on January 1, 2019, except Section 3.31. Vehicle - Tank meters. UR.2.2. Ticket Printer, Customer Ticket, Section 2.20. Scales, N.3. Minimum Test Weights and Test Loads; and Table 4, are not adopted. In addition to the language found in Section 3.30. Liquid-Measuring Devices, S.1.6.4., S.1.6.5., UR.3.2., and UR.3.3. of such handbook, any computing device in which a product or grade is offered for sale at more than one unit price may also compute at the lowest possible unit price for such transaction. All prices shall still be displayed or posted on the face of the dispenser. Such handbook shall govern all commercial and law enforcement weighing and measuring devices in the state; |

12

| State | Statutes and Regulations |
|-------|--------------------------|
| NV | **NAC 581.011**<br><br>1. The State Sealer of Consumer Equitability hereby adopts by reference the *National Institute of Standards and Technology Handbook 44*, 2003 edition, and any subsequent edition issued by the National Institute of Standards and Technology, which has been approved by the State Sealer of Consumer Equitability for use in this State. Each new edition shall be deemed approved by the State Sealer of Consumer Equitability unless he or she disapproves the edition within 60 days after the date of publication by the National Institute of Standards and Technology.<br><br>…<br><br>3. A violation of a provision of the handbook adopted by reference in subsection 1 shall be deemed a violation of this chapter.<br><br>**NAC 581.330**<br><br>An applicant for a certificate of registration as a serviceperson or a service agency must provide to the State Sealer of Consumer Equitability proof that:<br><br>…<br><br>2. The standards used by the applicant to repair or adjust weighing or measuring devices have been certified pursuant to NAC 581.350 as complying with the provisions set forth in the *National Institute of Standards and Technology Handbook 44*, which is adopted by reference pursuant to NAC 581.011, and the National Institute of Standards and Technology 105-Series Handbooks and Training Materials which are adopted by reference pursuant to NAC 581.009; and<br>3. The applicant has sufficient standards and equipment to test devices adequately as set forth in the notes section of each applicable code in the *National Institute of Standards and Technology Handbook 44*.<br><br>**NAC 581.230**<br><br>1. Except as otherwise provided in subsection 2, before use for a commercial or governmental purpose, a type of:<br>    (a) Weighing or measuring device kept or used in:<br>        (1) Proving the size, quantity, extent, area, count or measurement of quantities, things, produce or articles for distribution or consumption, which are purchased, offered or submitted for sale, hire or award;<br>        (2) Computing a basic charge or payment for services rendered on the basis of weight and measure; or<br>        (3) Determining weight or measure when a charge is made for the determination; |

13

| State | Statutes and Regulations |
|---|---|
| | (b) Accessory attached to or used in connection with a commercial weighing or measuring device which is designed so that its operation affects the accuracy of the device; and<br>(c) Weighing and measuring device in official use for law enforcement or the collection of statistical information by a governmental agency,<br>↪ must have been issued a certificate of conformance.<br><br>…<br><br>3. As used in this section:<br>(a) "Certificate of conformance" means a document issued by the National Institute of Standards and Technology of the United States Department of Commerce, which guarantees that a weight, measure or weighing or measuring device meets the standards set forth in the *National Institute of Standards and Technology Handbook 44*. |
| NH | **N.H. Rev. Stat. Ann. § 438:8**<br><br>III. The specifications, tolerances, and other technical requirements for commercial weighing and measuring devices, together with amendments thereto, as recommended by the National Institute of Standards and Technology and published in National Institute of Standards and Technology Handbook 44 and supplements to Handbook 44, or in any publication revising or superseding Handbook 44, shall be the specifications, tolerances, and other technical requirements for commercial weighing and measuring devices of the state of New Hampshire, except as specifically modified, amended, or rejected by a rule adopted by the commissioner. For the purpose of this chapter, apparatus shall be deemed to be "correct" when it conforms to all applicable rules adopted as specified in this section. Other apparatus shall be deemed to be "incorrect." |
| NJ | **N.J.A.C. 13:47B–1.20**<br><br>All specifications, tolerances and other technical requirements for weighing and measuring devices contained in the National Institute of Standards and Technology Handbook 44, 2008 edition and all future editions together with all amendments and supplements thereto, adopted by the National Conference on Weights and Measures are hereby adopted and promulgated as the legal requirements for all weighing and measuring devices used for commercial purposes and law enforcement in the State of New Jersey; provided, however, that the State Superintendent of Weights and Measures may from time to time further amend or supplement said specifications, tolerances and other technical requirements for the purpose of conforming the needs of any situation affecting the interests of the State of New Jersey and its people. |

| State | Statutes and Regulations |
|---|---|
| | **N.J.A.C. 13:47F–1.5**<br><br>(a) County and municipal weights and measures departments established pursuant to N.J.S.A. 51:1–42 et seq., under the supervision of the State Superintendent pursuant to the provisions of N.J.S.A. 51:1–54 et seq., shall be eligible to receive 70 percent of the fees collected for the registration, testing and sealing of the commercial weights and measures within their jurisdiction which are inspected and tested, providing that:<br><br>…<br><br>2. The inspection and testing of weights and measures are conducted in conformity with the requirements and procedures specified in the most recent edition of the National Institute of Standards and Technology Handbook 44, together with all amendments and supplements thereto, adopted by the National Conference on Weights and Measures incorporated herein by reference; except that if the State Superintendent has amended or supplemented, in accordance with the provisions of N.J.S.A. 52:14B–1 et seq., any Handbook 44 requirements and procedures to conform to the needs of any situation affecting the interests of the State and its people, the county or municipal weights and measures department shall inspect and test the device(s) in accordance with the requirements and procedures as amended by the State Superintendent. |
| NM | **N.M. Admin. Code 19.15.103.9**<br><br>The specifications, tolerances and other technical requirements for commercial weighing and measuring devices for the state of New Mexico shall be the same as adopted by the national conference on weights and measures as set forth in *national institute of standards and technology (NIST) handbook 44*, as revised.<br><br>**N.M. Admin. Code 19.15.108.13**<br><br>Prior to placing a device into commercial service, it shall be the responsibility of the registered service technician to:<br><br>(1) install, service, repair or recondition a commercial device in such a manner that the device will comply with applicable requirements set forth in *National Institute of Standards and Technology (NIST) handbook 44*, as revised, and the Petroleum Products Standards Act and associated rules; |
| NY | **N.Y. Comp. Codes R. & Regs. tit. 1, § 220.2**<br><br>(a) Except as otherwise provided in this Part, the specifications, tolerances and regulations for commercial weighing and measuring devices shall be those adopted by the 107th National Conference on Weights and Measures 2022 as published in the National Institute of Standards and Technology Handbook 44, 2023 edition. |

| State | Statutes and Regulations |
|---|---|
| | … <br><br> (e) Gasoline dispensing and measuring device vapor recovery systems shall meet and be subject to the following requirements and test procedures: <br> (1) Such systems shall have a primary nozzle shut-off, automatic in operation, to stop liquid flow when the liquid level reaches the delivery nozzle. <br> (2) Such systems shall have an effective means to prevent the recirculation of liquid through the vapor return line, including but not limited to a secondary shut-off device. <br> (3) Such systems shall include a recirculation prevention device which shall shut off the flow of liquid prior to permitting the passage of liquid through the vapor return line in excess of 0.3 gallon. <br> (4) Assist systems shall operate at the vacuum level recommended by the manufacturer but not at more than 10 inches H2O vacuum as measured at the nozzle during delivery. <br> (5) Such systems shall operate without the failure of any component between an ambient temperature of 0°F and 105°F. |
| NC | **N.C.G.S.A. § 81A-2** <br><br> The provisions of this Chapter shall be administered by the Commissioner or his authorized agent. For the purpose of administering and giving effect to the provisions of this Chapter, the provisions of Handbook 44 as adopted by the National Conference on Weights and Measures, are hereby adopted except insofar as modified or rejected by the North Carolina Board of Agriculture. The North Carolina Board of Agriculture is empowered to make such further rules and regulations as may be necessary to make effective the purposes and provisions of this Chapter. <br> **2 NCAC 38.0201** <br><br> The board hereby adopts by reference Handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices" except as otherwise indicated in this Chapter. <br><br> **2 NCAC 38.0203** <br><br> (a) Each type or model or pattern or design of weight or measure or weighing or measuring device intended for use in trade in this state, generally known as commercial use, shall first be submitted or demonstrated by the manufacturer for the purpose of approval, and be approved by the Director of the Standards Division at Raleigh, North Carolina, or such other place as agreed upon, in accordance with National Institute of Standards and Technology (NIST) Handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices". The expense incurred in obtaining approval shall be borne by the manufacturer in accordance with G.S. 81A-10. |

16

| State | Statutes and Regulations |
|---|---|
|  | **2 NCAC 38.0202**<br><br>The requirements of NIST Handbook 44 shall apply as follows:<br>(1) To commercial weighing and measuring equipment; that is, weights and measures and weighing and measuring devices commercially used or employed in establishing the size, quantity, extent, area, or measurement of quantities, things, produce, or articles for distribution or consumption purchased, offered, or submitted for sale, hire, or award, or in computing any basic charge or payment for services rendered on the basis of weight or measure;<br>(2) To any accessory attached to or used in connection with a commercial weighing or measuring device when such accessory is so designed that its operation affects the accuracy of the device; and<br>(3) To weighing and measuring equipment in official use for the enforcement of law or for the collection of statistical information by government agencies. |
| ND | **N.D. Admin. Code 69-10-03-01**<br><br>Except as modified in this article, the specifications, tolerances, tests, and other technical requirements for commercial weighing and measuring devices in North Dakota must conform to the following sections and subsections of the 2020 edition of the United States department of commerce, NIST Handbook No. 44, which is adopted by reference: all of section 1, section 2 (except subsection 2.245), all of section 3 (except subsections 3.34, 3.36, 3.38, and 3.39). In the event of a conflict between the NIST Handbook No. 44 and North Dakota laws and rules, North Dakota laws and rules shall prevail. |
| OH | **R.C. § 1327.49**<br><br>The specifications, tolerances, and regulations for commercial weighing and measuring devices, as adopted by the national conference on weights and measures, recommended by the national institute of standards and technology and published in national institute of standards and technology handbook 44, shall be the specifications, tolerances, and regulations for commercial weighing and measuring devices of the state, except insofar as specifically modified, amended, or rejected by rule by the director of agriculture.<br><br>Supplements to and revisions of the above publication shall be subject to adoption by the director of agriculture, in accordance with Chapter 119. of the Revised Code.<br><br>**OAC 901:6-1-01**<br><br>The revision of the "National Institute of Standards and Technology Handbook 44" made by the "National Conference on Weights and Measures" in 2018 and published in the "National Institute of Standards and Technology Handbook 44," 2018 edition, is hereby adopted in its entirety. |

| State | Statutes and Regulations |
|-------|--------------------------|
| | **OAC 901:6-4-01**<br><br>(B) The director may deny a device registration if the weighing or measuring device is:<br>    (1) Not found to be in compliance with requirements of "Handbook 44" as adopted in rule 901:6-1-01 of the Administrative Code;<br><br>OAC 901:6-2-01<br><br>(A) Application. To recognize and enable participation in the national type evaluation program to serve the manufacturing industry and assure weights and measures officials, sellers, users, and buyers that a particular model or type of device is capable of meeting applicable requirements. This rule shall apply to types of devices and/or equipment as covered in national institute of standards and technology handbook 44, for which formal national type evaluation program evaluation criteria exist and to new technologies or device applications where the development of criteria is deemed necessary. This rule shall also apply to a device, when used in commerce, designed to meet unique demands for a specific installation and a specific design. In general, type evaluations are conducted on all equipment that affects the measurement process or the validity of a commercial transaction and/or all equipment to the point of the first indicated or recorded representation of the final quantity on which the transaction will be based.<br><br>(B) Definitions.<br>    (1) "Certificate of conformance" means a document issued by the national conference on weights and measures established that the device, based on testing in participating laboratories, constitutes evidence of conformance of a type with the requirements of national institute of standards and technology handbook 44 as demonstrated using the test procedures in national conference on weights and measures, publication 14, national type evaluation program, administrative procedures, technical policy, checklists and test procedures.<br><br>…<br><br>(D) "Certificate of conformance," specific requirements.<br>    (1) No person shall sell for use in commerce a device unless the device is traceable to a certificate of conformance or the device is exempted by paragraph (E) of this rule.<br>    (2) No person shall use in commerce a device unless the device is traceable to a certificate of conformance or the device is exempted by paragraph (E) of this rule.<br>    (3) Commercial weighing or measuring devices installed and/or put in service shall be traceable to a certificate of conformance when the device is one of the following:<br><br>…<br><br>        (s) Liquid measuring devices,<br>        (t) Liquefied petroleum gas meters, |

18

| State | Statutes and Regulations |
|-------|--------------------------|
|  | …<br>(dd) Retail motor fuel dispensers, including those used for alternative fuels (for example, liquefied petroleum gas and compressed, liquid natural gas, natural gas, and hydrogen)<br>…<br>(hh) Vehicle tank meters and registers<br>…<br><br>(6) The director may require other equipment and devices used in commerce that effect the measurement process or the validity of the transaction to be traceable to a certificate of conformance. The scope of these requirements is typically limited to devices for which formal type evaluation criteria exist, to devices for which definite criteria exist in handbook 44 and to a new technologies or device applications where the development of criteria is deemed necessary. |
| OK | **2 Okl.St.Ann. § 14-34**<br><br>The specifications, tolerances, and other technical requirements for commercial and regulatory weighing and measuring devices as adopted by the National Conference on Weights and Measures and published in Handbook 44, "Specifications, Tolerances and Other Technical Requirements for Commercial Weighing and Measuring Devices", and supplements or revisions shall apply to commercial and regulatory weighing and measuring devices in the state.<br><br>**2 Okl.St.Ann. § 14-65**<br><br>3. Attach a seal approved by the Board identifying the service agency, signed and dated by the service technician, stating that the commercial device has been tested in accordance with the provisions in Handbook 44 and is suitable for use as a commercial device;<br><br>4. Have available and use sufficient standards and equipment to adequately test weights and measures as set forth in the notes section of each applicable code in Handbook 44, "Specifications, Tolerances and Other Technical Requirements for Weighing and Measuring Devices", and have the handbook in their possession. The equipment shall meet the specifications corresponding to the series of NIST Handbook 105, "Specifications and Tolerances for Reference Standards and Field Standard Weights and Measures", supplements and revisions;<br><br>**Okla. Admin. Code 165:15-9-2**<br>(b) Any motor fuel must be displayed in accordance with 16 CFR Part 306.0 through 306.12, including Appendices; and sold as provided for by Commission rules and National Institute of Standards and Technology (NIST) Handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices". |

19

| State | Statutes and Regulations |
|---|---|
| OR | **Or. Admin. R. 603-027-0635**<br><br>Except as provided in OAR 603-027-0640, the specifications, tolerances, and other technical requirements for the design, manufacture, installation, performance test, and use of weighing and measuring equipment within Oregon shall be those adopted by the National Conference on Weights and Measures, and contained in the 2010 Edition of Handbook 44, published by the U.S. Department of Commerce, entitled the "National Institute of Standards and Technology Handbook 44-Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices", which publication is by this reference hereby made a part of this rule. |
| PA | **3 Pa. Cons. Stat. Ann § 4110**<br><br>(a) Regulations.--The department shall issue from time to time regulations for the enforcement and administration of this subchapter, which regulations, upon being promulgated pursuant to law, shall have the force and effect of law. These regulations may include:<br><br>…<br><br>(4) Institution of a program containing standards whereby individuals shall be department-certified as Certified Examiners of Weights and Measures. Certification under such program may be for a given category or categories of measuring or weighing devices or for a particular type of device except for commercially used truck-mounted fuel oil meters and retail motor fuel dispensers. The department shall certify only such individuals who:<br>(i) successfully complete the appropriate training course or courses prescribed by the National Institute of Standards and Technology for the type of certification sought and who comply with departmental certification standards promulgated under this paragraph; and<br>(ii) are not the owner or lessee of the devices tested and inspected or an employee or agent of the owner or lessee of the devices tested and inspected.<br><br>…<br><br>(b) Specifics.-- …The specifications, tolerances and regulations for commercial weighing and measuring devices, together with amendments thereto as recommended by the National Institute of Standards and Technology and published in National Institute of Standards and Technology Handbook 44, and supplements thereto, or in any publication revising or superseding Handbook 44, shall be the specifications, tolerances and regulations for commercial weighing and measuring devices of the Commonwealth except insofar as specifically modified, amended or rejected by a regulation issued by the department. |

| State | Statutes and Regulations |
|---|---|
|  | **70 Pa. Code § 10.9**<br><br>(a) General. The specifications, variations and tolerances recommended by NIST and published in the NIST Handbook 44, and supplements thereto, or in a publication revising or superseding Handbook 44, shall be the specifications, variations and tolerances of the Department with respect to the approval of types of weighing and measuring devices under this chapter. |
| RI | **R.I. Gen. Laws Section 47-8-8**<br><br>(a)(1) There shall be an annual license fee of one hundred twenty dollars ($120) for each enterprise name used or involved in the delivery of petroleum products and a reapplication fee of six hundred dollars ($600) for each enterprise required to renew who fail to do so after the licensing date of August 1. All monies received under this section shall be deposited as general revenue. The application for a license to be issued and administered by the weights and measures division of the department of labor and training shall include:<br><br>…<br><br>(3) All meters of the vehicles listed on the application must be tested and sealed before the meters shall be used in any delivery of petroleum products. The meters shall be tolerance tested for compliance with the current year national institute of standards and technology handbook #44. Meters not in tolerance compliance shall be so marked in accordance with § 47-3-1 and subject to the fines as stated |
| SC | **SC ST § 39–9–60**<br><br>The specifications, tolerances, and other technical requirements for commercial, law enforcement, data gathering, and other weighing and measuring devices adopted by the National Conference on Weights and Measures and published in the National Institute of Standards and Technology Handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Commercial Weighing and Measuring Devices", and its supplements and revisions, apply to commercial weighing and measuring devices in the State, except as modified or rejected by regulation. |
| SD | **S.D. Admin R. 20:01:02:01**<br><br>Except where in conflict with existing codified law or administrative rule, specifications, tolerances, and other technical requirements for weighing and measuring devices in South Dakota are those set forth in NIST Handbook 44, 2020. |

21

| State | Statutes and Regulations |
|---|---|
| | **S.D. Codified Laws § 37-21-6**<br><br>Rules promulgated under the provisions of § 37-21-5 may include specifications and tolerances for any weight, measure, or weighing or measuring device of the character of those specified in § 37-21-9. … The specifications and tolerances shall be in conformity with the code of specifications, tolerances, and regulations for commercial weighing and measuring devices issued and recommended by the National Institute of Standards and Technology of the United States Department of Commerce and in effect on January 1, 2020. |
| TN | **T. C. A. § 47-26-907**<br><br>(a) The specifications, tolerances, and other technical requirements for commercial, law enforcement, data gathering, and other weighing and measuring devices as adopted by the National Conference on Weights and Measures and published in National Institute of Standards and Technology Handbook 44, "Specifications, Tolerances, and other Technical Requirements for Weighing and Measuring Devices," and supplements thereto or revisions thereof, shall apply to weighing and measuring devices in the state, except insofar as modified or rejected by regulation.<br><br>**T. C. A. § 47-26-1109**<br><br>The commissioner is authorized to reject, remove from use, or seize weighing or measuring devices installed, serviced, repaired, or reconditioned by any licensed or unlicensed individual or agency for good cause which shall include, but not be limited to: taking of unfair advantage of an owner of a device; failure to have test equipment or standards certified; failure to use adequate testing equipment; failure to adjust commercial or law enforcement devices to comply with Handbook 44 subsequent to service, repair, or installation; failure to accurately and completely submit required forms to the state weights and measures office in the manner prescribed. |
| TX | **4 TAC § 12.10 (also in 16 TAC § 97.3)**<br><br>The department adopts by reference NIST Handbook 44.<br><br>**16 TAC § 97.23 (Device Performance Review)**<br><br>(a) At least once every two years a DPR must be completed on each registered device.<br>(b) To be valid, a service company must complete a DPR of a device on a single day. A DPR must include:<br>    (1) performance testing;<br>    (2) calibration, if necessary; and<br>    (3) inspection of the device:<br>        (A) to ensure operation within NIST Handbook 44 specifications, tolerances and other technical requirements along with specified manufacturer guidelines; and |

22

| State | Statutes and Regulations |
|---|---|
| | (B) to detect the presence of skimmers. |
| UT | **U.C.A. § 4-9-106**<br><br>Unless modified by the department, Handbook 44, Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices, National Institute of Standards and Technology, adopted by the National Conference on Weights and Measures, including supplements or revisions to Handbook 44, shall determine the specifications, tolerances, and other technical requirements for devices used for:<br>　　(1) commercial weighing and measuring;<br>　　(2) law enforcement;<br>　　(3) data gathering; and<br>　　(4) other weighing and measuring purposes<br><br>**U.A.C. R70-950-2**<br><br>A. National Type Evaluation Program.<br>The term "National Type Evaluation Program" means a program of cooperation between the National Institute of Standards and Technology (N.I.S.T), the National Conference on Weights and Measures, the States, and the private sector for determining, on a uniform basis, conformance of a type with the relevant provisions of National Institute of Standards and Technology (N.I.S.T) Handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices," National Institute of Standards and Technology (N.I.S.T) Handbook 105-1, "Specifications and Tolerances for Reference Standards and Field Standard Weights and Measures, Specifications and Tolerances for Field Standard Weights (N.I.S.T Class F)," National Institute of Standards and Technology (N.I.S.T) Handbook 105-2, "Specifications and Tolerances for Reference Standards and Field Standard Weights and Measures, Specifications and Tolerances for Field Standard Measuring Flask," or National Institute of Standards and Technology (N.I.S.T) Handbook 105-3, "Specifications and Tolerances for Reference Standards and Field Standard Weights and Measures, Specifications and Tolerances for Graduated Neck Type Volumetric Field Standards."<br><br>…<br><br>E. Certificate of Conformance.<br>The term "Certificate of Conformance" means a document issued by the National Institute of Standards and Technology (N.I.S.T) or National Conference on Weights and Measures (NCWM) based on testing in participating laboratories, said document constituting evidence of conformance of a type with the requirements of National Institute of Standards and Technology (N.I.S.T) Handbooks 44, 105-1, 105-2, and 105-3. |

| State | Statutes and Regulations |
|---|---|
| | **U.A.C. R70-950-3**<br><br>The Director may require any weight or measure, or any weighing or measuring instrument or device to be issued a Certificate of Conformance prior to use for commercial or law enforcement purposes. |
| VA | **VA Code Ann. § 3.2-5620**<br><br>The specifications, tolerances, and regulations for commercial weighing and measuring devices, together with amendments thereto, as recommended by the National Institute of Standards and Technology, and published in the National Institute of Standards and Technology Handbook 44 and supplements thereto, or any publication revising, supplementing, or superseding Handbook 44, shall be the specifications, tolerances, and regulations for commercial weighing and measuring devices of the Commonwealth, except insofar as specifically modified, amended, or rejected by regulation issued by the Board. For purposes of this chapter, weights and measures shall be deemed to be in compliance with this chapter: (i) when they conform to all applicable requirements of Handbook 44 and supplements thereto, or any publication revising, supplementing, or superseding Handbook 44; or (ii) when they conform to any regulation adopted by the Board to modify, amend, or reject Handbook 44, as specified in this section. Other weights and measures shall not be in compliance.<br><br>**VA Code Ann. § 3.2-5700**<br><br>"Certificate of Conformance" means a document issued by the National Type Evaluation Program of the National Institute of Standards and Technology (NIST) of the U.S. Department of Commerce based on testing in participating laboratories, said document constituting evidence of conformance of a type with the requirements of:<br><br>1. National Institute of Standards and Technology Handbook 44; Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices;<br><br>**VA Code Ann. § 3.2-5710**<br><br>Any service agency engaged in the sale of any weights or measures shall sell only weights or measures that have received a Certificate of Conformance. Any service agency or service technician engaged in the adjustment, installation, placing in service, recommending for use, repair, or servicing of any weight or measure shall do so in a manner so as to ensure the continued validity of the Certificate of Conformance. |
| WA | **Wash. Admin. Code § 16-662-105**<br><br>Except as otherwise modified in this chapter, WSDA adopts the following national standards: |

24

| State | Statutes and Regulations |
|---|---|
| | **National standard for:**         **Contained in the:**<br><br>(1) The specifications, tolerances, and other technical requirements for the design, manufacture, installation, performance test, and use of weighing and measuring equipment     2016 Edition of *NIST Handbook 44 - Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices*<br>…<br><br>**Wash. Admin. Code § 16-659-010**<br><br>The purpose of this chapter is to establish minimum qualifications, application approval procedures, list maintenance and reporting requirements for independent sanitation consultants. |
| WV | **W. Va. Code § 47-1-4**<br><br>The system of weights and measures in customary use in the United States and the metric system of weights and measures are jointly recognized, and either one or both of these systems shall be used for all commercial purposes in the state. The definitions of basic units of weight and measure, the tables and measure, and weights and measures equivalents as published by the national institute of standards and technology are recognized and shall govern weighing and measuring equipment and transactions in the state.<br><br>The specifications, tolerances and other technical requirements for commercial, law enforcement, data gathering and other weighing and measuring devices as adopted by the national conference on weights and measures and published in national institute of standards and technology handbook 44, "Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices" and supplements thereto or revisions thereof, shall apply to weighing and measuring devices in the state, except insofar as modified or rejected by legislative rule. |
| WI | **Wis. Admin. Code ATCP § 92.02**<br><br>(1) Except as provided in this chapter, weighing and measuring devices shall comply with applicable specifications, tolerances, and other technical requirements set forth in *NIST Handbook 44*.<br>**Note:** See s. 98.03(2), Stats. The 2014 edition of the *NIST Handbook 44* (Specifications, Tolerances and Other Technical Requirements for Weighing and Measuring Devices) is on file with the department and the legislative reference bureau. Copies may be purchased from the U.S. Government Printing Office, Superintendent of Documents, P.O. Box 371954, Pittsburgh, PA 15250-7954. Excerpts can be viewed at http://www.nist.gov/index.html. |

25

| State | Statutes and Regulations |
|---|---|
| | (2) Except as provided in sub. (3), no person may sell, offer for sale, use, or distribute for use in this state a weighing or measuring device unless the device is a type or model certified by one of the following: <br><br>    (a) The chief of the office of weights and measures of the NIST. <br>    (b) The national type evaluation program administered by the National Conference on Weights and Measures. <br>    **Note:** Devices certified under par. (b) are commonly known as "NTEP-approved" devices. <br><br>(3) Subsection (2) does not apply to any of the following: <br><br>    (a) A commercial weighing or measuring device that is first put into use in this state before January 1, 1997. <br>    (b) A commercial weighing or measuring device that is designed, built, or customized for a specific application at a single location. <br>    (c) A commercial weighing or measuring device for which neither the NIST nor the national conference of weights and measures has yet adopted testing and certification procedures, provided that the department authorizes the sale and use of that device in this state. A person seeking department authorization shall apply to the department in writing. The application shall include relevant engineering and use specifications for the device, and shall document that neither the NIST nor the national conference on weights and measures has yet adopted testing and certification procedures for that device. The department shall grant or deny authorization within 30 days after the department receives a complete application, including any supplementary information requested by the department. <br><br>(4) A commercial weighing or measuring device is no longer considered a type or model certified under sub. (2) if any of the following applies: <br><br>    (a) Parts or components of a type specifically certified under sub. (2) are replaced with parts or components not certified under sub. (2). <br>    (b) The device is repaired or remanufactured with parts or components that are inconsistent with the manufacturer's metrological design. <br>    (c) The repair or remanufacture of the device causes the device to be in violation of any applicable standard under sub. (1). <br><br>(5) No person may misrepresent that a weighing or measuring device is a type or model certified under sub. (2). <br><br>(6) No person may cause a weight or measure to be incorrect. <br><br>(7) A person who manufactures or distributes a commercial weighing or measuring device violates sub. (6) if all of the following apply: <br><br>    (a) The person knows or reasonably should know that the weighing or measuring device has a latent or patent defect that may cause an incorrect weight or measure. <br>    (b) The person fails to take steps, which that person is reasonably capable of taking, which would prevent the defect from causing incorrect weights or measures. <br>    (c) The defective weighing or measuring device causes an incorrect weight or measure which is attributable, at least in part, to the defect in the device. |

26

| State | Statutes and Regulations |
|---|---|
| WY | **Wyo. Stat. Ann. § 40-10-120**<br><br>(a) The specifications, tolerances, and other technical requirements for commercial, law enforcement, data gathering and other weighing and measuring devices as adopted by the National Conference on Weights and Measures and published in the United States Department of Commerce National Institute of Standards and Technology Handbook 44, "Specification, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices," shall apply to weighing and measuring devices in this state, and may be amended by rule or regulation.<br><br>(b) The Uniform Regulation for National Type Evaluation as adopted by the National Conference on Weights and Measures and published in the United States Department of Commerce National Institute of Standards and Technology Handbook 130, "Uniform Laws and Regulations," are adopted and shall apply to type evaluation in this state, and may be amended by rule or regulation. |