# Exhibit 4

# Excerpts from Report of the 74th National Conference of Weights and Measures 1989, NIST Special Publication 771

Case 2:23-cv-00030    Document 46-4    Filed 09/27/23    Page 1 of 8 PageID #: 258



United States Department of Commerce
National Institute of Standards and Technology

NIST SPECIAL PUBLICATION 771

# Report of the 74th National Conference on Weights and Measures

## 1989



Report of the

# 74th National Conference on Weights and Measures 1989

*Sponsored by the National Institute of Standards and Technology, Attended by Officials from the Various States, Counties, and Cities, and Representatives from U.S. Government, Industry, and Consumer Organizations Seattle, WA July 16–21, 1989*

Report Editors:  Albert D. Tholen
Carroll S. Brickenkamp
Ann Heffernan-Turner

NOTE: As of 23 August 1988, the National Bureau of Standards (NBS) became the National Institute of Standards and Technology (NIST) when President Reagan signed into law the Omnibus Trade and Competitiveness Act.



*U.S. Department of Commerce*
Robert A. Mosbacher, Secretary

*National Institute of Standards and Technology*
Raymond G. Kammer, Acting Director

Issued September 1989

Nat. Inst. Stand. Technol. Spec. Publ. 771, 252 pages (Sept. 1989)
CODEN:NSPUEZ

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON: 1989

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402-9325

2:23-cv-00030    Document 46-4    Filed 09/27/23    Page 3 of 8 PageID #

## Contents

**Page**

Abstract .................................................................................. 2
Past Chairmen of the Conference ........................................................ 5
Officers, Officials, and Committees of the Conference .................................... 6
State Representatives ..................................................................... 12
Scheduled Events ......................................................................... 14
Organization Chart ....................................................................... 16

General Session .......................................................................... 19

Welcoming Address ...................................................................... 21
Honorable Charles Royer
Mayor of Seattle, Washington

Keynote Address ........................................................................ 22
Raymond G. Kammer
Acting Director, National Institute of Standards and Technology

Chairman's Address ...................................................................... 26
John Bartfai
Director, Bureau of Weights and Measures, State of New York

Honor Award Presentations ............................................................. 27
Certificates of Appreciation ............................................................. 28
President's Awards ....................................................................... 29

Standing Committee Reports ............................................................ 31

Report of the Executive Committee ..................................................... 33

    Appendix A - Publications, Office of Weights and Measures ........................ 52
    Appendix B - Publications, National Conference on Weights and Measures ......... 55
    Appendix C - NCWM Membership by State and Composition of NCWM Mailing List .........57
    Appendix D - Report on OIML .................................................... 61
    Appendix E - Operating Budget 89/90 (July 1, 1989 to June 30, 1990) ............... 64
    Appendix F - Report of the Task Force on Energy Allocation ....................... 67
    Appendix G - Recommended Regulation for Energy Allocation Systems ............. 72

Committee on Laws and Regulations Final Report ....................................... 83

    Appendix A - Uniform Weighmaster Law ......................................... 126
    Appendix B - 4.16. Fresh Oysters Labeled by Fluid Volume ....................... 133
    Appendix C - 4.17. Capacity of Plastic Trash and Food Bags and Similar Containers ........ 136

2:23-cv-00030     Document 46-4     Filed 09/27/23     Page 4 of 8 PageID #

## Contents (Continued)

Page

Committee on Specifications and Tolerances Final Report .....................................137

Committee on Education, Administration, and Consumer Affairs Final Report .....................193

    Appendix A - NTP Certification Summary ...........................................203
    Appendix B - NTP Registry Summary of Activity ....................................207
    Appendix C - "Training the Trainer" ................................................213
    Appendix D - NCWM Award for Training Achievements .............................214

Committee on Liaison Final Report ....................................................215

**Annual Committee Reports** ...........................................................225

Resolutions Committee Report ........................................................227
Nominating Committee Report .........................................................229
Auditing Committee Report ...........................................................230
Treasurer's Report ..................................................................231

**New Chairman's Message** ............................................................235

Registration List ...................................................................238

e 2:23-cv-00030    Document 46-4    Filed 09/27/23    Page 5 of 8 PageID #:

(4b)    if sold by measure:

method of measurement and any computation used to arrive at the net quantity of liquid oxygen delivered,

(5)    the unit price,

(6)    the total computed price,

(7)    weigher's or measurer's signature.

The Committee will seek further input on appropriate methods of sale when liquid oxygen is not sold by weight (i.e., metered or gauged.)

## 236    I    UNIFORM REGULATION FOR NATIONAL TYPE EVALUATION

(This is an information item and was adopted when the report as a whole was ratified.)

The Executive Secretary conducted a survey to determine the extent of adoption of the Uniform Regulation for National Type Evaluation (URNTE) by the States. Several states indicated in their responses that they had not adopted the URNTE because they did not plan to establish an NTEP Participating Laboratory. The Committee wants to make it clear that the URNTE is intended for all states, not just those establishing Participating Laboratories. The key language in this regulation is as follows:

Section 3.    Certificate of Conformance. The Director may require any weight or measures, or any weighing or measuring instrument or device, to be issued a Certificate of Conformance prior to use for commercial or law enforcement purposes.

The Committee will add the following to the Intent statement found on page IV-109 introducing the Uniform Regulation:

If a state does not wish to establish a Participating Laboratory, Section 2.4. Participating Laboratory and Section 4. Participating Laboratory may be deleted.

## 237    UNIFORM MOTOR FUEL REGULATION

## 237-1    VC    Octane Ratings for Blend Dispensers

This carry-over item was Item 237-1 in the Report of the 73rd NCWM 1988 (page 169).

Additional trends bearing on this issue are:

-    The sale of motor fuel from blending dispensers will likely increase in use throughout the country:

-    In order to reduce the possibility of underground leaks, the number of underground tanks will be reduced; there are inherent economies of operation with fewer tanks.

-    Marketing practices are generating purchaser demand for more choices in octane for a given type of motor fuel.

-    A third type of motor fuel may soon be introduced, needing its own storage tanks.

There are two types of blending dispensers: (1) those that blend at or close to the nozzle (requiring a double

2:23-cv-00030    Document 46-4    Filed 09/27/23    Page 6 of 8 PageID

hose to the nozzle) and (2) those that blend within the dispenser at a valve where the delivery hose connects to the dispenser (requiring only a single hose to the nozzle). Blending systems of type (1) provide motor fuel of the selected octane almost instantaneously. Their drawback is the cumbersomeness of the double hose; in those jurisdictions that presently require or are planning to require Stage II vapor recovery, the third hose for vapor recovery makes the final hose configuration more unwieldy. Delivery systems of type (2), however, by their very design, contain in the delivery hose residual fuel of the octane selected by the previous purchaser. Under worst case conditions, this may be 87 octane gasoline prior to a customer selecting 92 octane. The questions to be answered are:

- What is the minimum purchase amount necessary for a customer to obtain essentially the advertised octane under worst case conditions?

- Is this minimum purchase amount equitable for most purchasers?

- What is the minimum flush necessary before taking samples for octane testing by weights and measures officials or motor fuel quality testing officials?

With the cooperation of Gilbarco, Inc. and Arthur Price, Motor Fuel Quality Laboratory for the State of Maryland, the North Carolina Standards Division performed extensive testing of octane blends rendered by a Gilbarco blend dispenser of the single hose configuration. Their objective was to establish a uniform sampling procedure for blend dispensers. The particular blender provided four octane levels between 87 and 92 octane. A standard 10 1/2 foot hose was attached. Tests were conducted where the hose was charged with 87 octane and the next delivery was set to deliver 92 octane fuel. Each laboratory performed octane tests on 24 samples; the first set represented the hose fully charged with 87 octane fuel; the second set after 0.1 gallon flush; the third set after a 0.2 gallon flush and so on up to 0.7 gallon flush. Between sets of samples the hose was fully charged with 87 octane fuel. Figure 1 gives the average octane determination for each set of samples. A 0.3 gallon flush is the point after which 92 octane fuel is delivered. Tests on the base fuels, nominally 87 and 92 octane, indicated octanes of 87.2 and 92.1 respectively.

Based upon the study conducted, a minimum flush of 0.3 gallon is necessary. A larger amount will be necessary if the spread between maximum and minimum octane levels is larger or if the hose length is longer (as, for example, at a marina).

Based upon these data, a customer who purchases at least 2-1/2 gallons will obtain the advertised octane. Marketing research results provided by Sun Oil Company based on a four-city survey of 2400 transactions in March and April determined that for those customers buying all grades, a "fill up" averaged 9.6 gallons: none buy less than 1 gallon and 99.2% buy 2 gallons or more. For those customers buying high octane product (those subject to the worst case example), none buy less than 1 gallon and 99.5% buy 2 gallons or more. There may be some bias since this data only recorded vehicle fillings (including motorcycles, if any), but not container fillings. However, preliminary information indicates that blending dispensers of the single hose design do appear to deliver the advertised octane to 99% or more of all customers.

The Committee recommends that the following policy be added to NCWM Publication 3, "Policy, Interpretations, and Guidelines":

> A minimum of 0.3 gallon of motor fuel shall be flushed from the dispenser before taking a sample for octane verification. The flush shall be returned to the storage tank containing the lowest octane.

> Note: This guideline does not apply to a multi-product dispenser that is not a blender but has a single delivery hose.

The Examination Procedure Outline for Motor-Fuel Dispensers (NCWM Publication 12) recommends a fast and slow delivery on both extremes of octane for blending dispensers. In order to reduce the amount of product drawn from the dispenser, it is possible to incorporate this flush when testing motor-fuel quantity and quality by the following:

- Set the dispenser to the lowest octane and dispense 5 gallons each in a slow flow and regular delivery; draw an octane sample for the lowest octane indicated.



FLUSH TEST — 92 OCTANE
AVERAGE (MD & NC)

Figure 1

- Set the dispenser to the highest octane; dispense 0.3 gallons as indicated on the dispenser; then draw an octane sample for the highest octane tested.

- Continue to run slow flow and other quantity tests at the highest octane setting.

The Committee will submit this draft to the S&T Committee to be incorporated in their review and update of the EPO's for blending dispensers.

**240                          HANDBOOK 133**

**240-1A       I       Proposed Sampling Plans and Smaller MAV'S**

(This is an information item and was adopted when the report as a whole was ratified.)

The Northeastern Weights and Measures Association endorsed a new sampling plan and MAV proposal prepared by New York and proposed these changes to the sampling plans and MAV's in Handbook 133. The proposal would revise the sampling plans in Handbook 133 to permit more individual packages in any given sample to exceed the MAV, and to reduce the MAV's in the present Handbook 133. To quote from a letter from New York transmitting part of its supporting data: "Since the NY plan allows packages outside the MAV,