UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM FUDGE, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Lead File No. 2:23-cv-00030 |
| v. | ) ) This Document Relates to: |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC, d/b/a/ Love's, | ) ALL ACTIONS ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (Doc. No. 45) is **GRANTED** and Plaintiff's claims are **DISMISSED**.

This constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE