# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

William Fudge
                                                Plaintiff,

v.                                                                          Case No.: 2:23−cv−00030

Love's Travel Stops & Country Stores, Inc.
                                                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/15/2024 re [66].

                                                                                              Lynda M. Hill
                                                                   s/ Kim Chastain, Deputy Clerk